UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN YOW, | : | **1:19-CV-01042** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| CORRECTIONAL OFFICER S. ROBERTSON, *et al*., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**
June 11, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendants' motion (*doc. 48*) for summary judgment is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted as to the Eighth Amendment claim against defendants Robertson, DeLuca, and Macking and denied as to the retaliation claim against defendants Gardzalla and Mabin. The Clerk of Court shall defer entering judgment in favor of defendants Robertson, DeLuca, and Macking until conclusion of the entire case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge