UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN YOW,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER<br>S. ROBERTSON, *et al.*,<br><br>Defendants. | : | **1:19-CV-01042**<br><br><br><br>(Magistrate Judge Schwab) |

**ORDER**
March 7, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendants Gardzalla and Mabin's motion for summary judgment (*doc. 60*) is **GRANTED IN PART AND DENIED IN PART.** More specifically, defendants Gardzalla and Mabin are **GRANTED** summary judgment as to the retaliation claim based on the events of July 24, 2017, and defendant Mabin is **GRANTED** summary judgment as to the retaliation claim based on the January 2018 search. Defendant Gardzalla is **DENIED** summary judgment as to the retaliation claim based on the January 2018 search, and defendants Gardzalla and Mabin are **DENIED** summary judgment as to the retaliation claim based on the misconduct. The Clerk of Court shall defer entering judgment until the conclusion of the entire case.

**IT IS FURTHER ORDERED** that a status call is scheduled for **March 22, 2022**, at **10:30 a.m.** The conference will be by telephone. Counsel for the plaintiff shall initiate the call by calling Chambers at (717) 221-3980 after all counsel are on the line.

***S/Susan E. Schwab***
Susan E. Schwab
United States Magistrate Judge